U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SHAH v. WACHOVIA MORTGAGE, FSB, GILOU, SHAMOUN, and PRISM TITLE, LLC | FILED: JULY 3, 2008<br>08CV3811<br>JUDGE NORGLE<br>MAGISTRATE JUDGE ASHMAN<br>MKH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wachovia Mortgage, FSB

| NAME (Type or print) |
|---|
| Mark B. Blocker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark B. Blocker |
| FIRM<br>Sidley Austin LLP |
| STREET ADDRESS<br>One South Dearborn Street |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198950 | TELEPHONE NUMBER<br>(312) 853-7000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐