## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number:

SHAH v. WACHOVIA MORTGAGE, FSB, GILOU,
SHAMOUN, and PRISM TITLE, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wachovia Mortgage, FSB

FILED: JULY 3, 2008
08CV3811
JUDGE NORGLE
MAGISTRATE JUDGE ASHMAN
MKH

| |
|---|
| NAME (Type or print)<br>Jordan S. Ginsberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jordan S. Ginsberg |
| FIRM<br>Sidley Austin LLP |
| STREET ADDRESS<br>One South Dearborn Street |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282956 | TELEPHONE NUMBER<br>(312) 853-7000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| | |
|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐