IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARESH SHAH and SHOBANA SHAH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WACHOVIA MORTGAGE, FSB, GEORGE ) <br> GILOU, a/k/a GEORGE SHAMOUN, ) <br> individually and d/b/a EQUITY ONE and d/b/a ) <br> GMC FINANCIAL, STEVE A. SHAMOUN, ) <br> and PRISM TITLE, LLC, an Illinois limited ) <br> liability company, ) <br> ) <br> Defendants. ) | FILED: JULY 3, 2008 <br> 08CV3811 <br> JUDGE NORGLE <br> MAGISTRATE JUDGE ASHMAN <br> MKH <br><br> Case No. <br><br> Hon. |

## WACHOVIA'S NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2, Defendant Wachovia Mortgage, FSB, by its attorneys, identifies below its parent corporation and any publicly held company owning more than 5% of Wachovia:

Wachovia Mortgage FSB, a federally chartered savings and lending institution, is a wholly owned subsidiary of Golden West Financial Corporation, a North Carolina corporation. Golden West Financial Corporation is a wholly owned subsidiary of Wachovia Corporation, a public company, incorporated under the laws of North Carolina.

Date:  July 3, 2008                                    Respectfully submitted,


                                                          WACHOVIA MORTGAGE, FSB


                                                          By:  /s/ Jordan S. Ginsberg
                                                                One of its Attorneys


Mark B. Blocker
Michael C. Andolina
Jordan S. Ginsberg
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

## CERTIFICATE OF SERVICE

Jordan S. Ginsberg, an attorney, hereby certifies that on July 3, 2008, he caused a true and correct copy of the foregoing document to be served upon the following counsel of record by United States mail, first class, postage prepaid:

> Thomas A. Appel, Esq.
> Appel & Kelly, Ltd.
> 18607 Torrence Avenue, Suite 2A
> Suite 2235
> Lansing, IL 60438
> Phone: (708) 474-8800

s/ Jordan S. Ginsberg
Jordan S. Ginsberg
