U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08CV3811

PARESH SHAH and SHOBANA SHAH. v. WACHOVIA MORTGAGE, FSB, GEORGE GILOU, STEVE A. SHAMOUN, and PRISM TITLE, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PARESH SHAH and SHABONA SHAH

| NAME (Type or print) |
| --- |
| Timothy M. Kelly |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Timothy M. Kelly |
| FIRM |
| APPEL & KELLY, LTD. |
| STREET ADDRESS |
| 18607 Torrence Ave., Ste. 2A |
| CITY/STATE/ZIP |
| Lansing, IL 60438 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6185629 | (708)474-8800 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐