IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARESH SHAH and SHOBANA SHAH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WACHOVIA MORTGAGE, FSB, GEORGE ) <br> GILOU, a/k/a GEORGE SHAMOUN, ) <br> individually and d/b/a EQUITY ONE and d/b/a ) <br> GMC FINANCIAL, STEVE A. SHAMOUN, ) <br> and PRISM TITLE, LLC, an Illinois limited ) <br> liability company, ) <br> ) <br> Defendants. ) | Case No.  08 C 3811 <br><br> Hon. Charles R. Norgle |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Wachovia Mortgage, FSB ("Wachovia"), by and through its attorneys, and in agreement with plaintiffs, hereby move this Court for a 30-day extension of time to answer or otherwise plead in response to plaintiffs' Complaint. In support of this motion, Wachovia states as follows:

1.      Wachovia is currently required to answer or otherwise plead in response to plaintiffs' Complaint on or before July 11, 2008.

2.      Pursuant to the Court's case management procedures, counsel for Wachovia and counsel for plaintiffs met via telephone on July 7, 2008, and again on July 11, 2008. Counsel discussed the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case.

3. Based on the July 7, 2008 and July 11, 2008 meetings, counsel for Wachovia believes that there is a possibility the parties may be able to reach a prompt settlement before continuing to litigate this case. Counsel for both parties anticipate that within the upcoming weeks, the parties will be able to determine whether settlement at this juncture is feasible.

4. In response to a request from Wachovia's counsel, counsel for plaintiff has agreed to extend the time for Wachovia to answer or otherwise plead 30 days, until and including August 11, 2008.

5. By this agreed motion, the parties respectfully request that this Court enter an order extending the time for Wachovia to answer or otherwise plead until and including August 11, 2008.

**WHEREFORE**, defendant Wachovia Mortgage, FSB respectfully requests that the Court enter an order extending the time for the defendant to answer or otherwise plead in response to plaintiffs' Complaint until and including August 11, 2008.

Date:  July 11, 2008                              Respectfully submitted,

                                                  WACHOVIA MORTGAGE, FSB


                                                  By:    /s/ Jordan S. Ginsberg _____
                                                          One of its Attorneys


Mark B. Blocker
Michael C. Andolina
Jordan S. Ginsberg
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

## CERTIFICATE OF SERVICE

Jordan S. Ginsberg, an attorney, hereby certifies that on July 11, 2008, he caused copies of the foregoing document to be served on all counsel of record through Court's ECF system.

                                                                                         /s/ Jordan S. Ginsberg

CH1 4276503v.1