**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| PARESH SHAH and SHOBANA SHAH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No.  08 C 3811 |
| WACHOVIA MORTGAGE, FSB, GEORGE ) | |
| GILOU, a/k/a GEORGE SHAMOUN, ) | |
| individually and d/b/a EQUITY ONE and d/b/a ) | Hon. Charles R. Norgle |
| GMC FINANCIAL, STEVE A. SHAMOUN, ) | |
| and PRISM TITLE, LLC, an Illinois limited ) | |
| liability company, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE** that on Friday, July 18, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle in Room Number 2341 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Agreed Motion for Extension of Time to Answer or Otherwise Plead**.

Date:  July 11, 2008                                    Respectfully submitted,

                                                        WACHOVIA MORTGAGE, FSB


                                                        By:   /s/ Jordan S. Ginsberg
                                                                 One of its Attorneys



Mark B. Blocker
Michael C. Andolina
Jordan S. Ginsberg
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

## **CERTIFICATE OF SERVICE**

        Jordan S. Ginsberg, an attorney, hereby certifies that on July 11, 2008, he caused copies of the foregoing document to be served on all counsel of record through Court's ECF system.

                                                                     /s/ Jordan S. Ginsberg

CH1 4276751v.1