IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARESH SHAH and SHOBANA SHAH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WACHOVIA MORTGAGE, FSB, GEORGE ) <br> GILOU, a/k/a GEORGE SHAMOUN, ) <br> individually and d/b/a EQUITY ONE and d/b/a ) <br> GMC FINANCIAL, STEVE A. SHAMOUN, ) <br> and PRISM TITLE, LLC, an Illinois limited ) <br> liability company, ) <br> ) <br> Defendants. ) | Case No.  08 C 3811 <br><br> Hon. Charles R. Norgle |

**AGREED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

Defendant Wachovia Mortgage, FSB ("Wachovia"), by and through its attorneys, and in agreement with plaintiffs, hereby move this Court for a 30-day extension of time to answer or otherwise plead in response to plaintiffs' Complaint. In support of this motion, Wachovia states as follows:

1. Pursuant to the Court's ruling on July 11, 2008, granting Wachovia an extension of time to answer or otherwise plead to the Complaint (*see* Docket Number 12), Wachovia is currently required to answer or otherwise plead in response to plaintiffs' Complaint on or before August 11, 2008.

2. Counsel for Wachovia and counsel for plaintiffs have continued to meet via telephone and corresponded via e-mail on multiple occasions over the past thirty-days. Counsel have discussed the nature and basis of their claims and defenses and the possibilities for

a prompt settlement or resolution of the case.  Counsel have made considerable progress in settlement negotiations, though there remain a few outstanding issues upon which the parties still must reach agreement.

3.     Based on the parties' meetings and correspondence, counsel for Wachovia believes that there is a strong possibility the parties will be able to reach a settlement before continuing to litigate this case.  Counsel for both parties anticipate that within the upcoming weeks, the parties will be able to determine whether settlement at this juncture is feasible.

4.     In response to a request from Wachovia's counsel, counsel for plaintiff has agreed to extend the time for Wachovia to answer or otherwise plead 30 days, until and including September 10, 2008.

5.     By this agreed motion, the parties respectfully request that this Court enter an order extending the time for Wachovia to answer or otherwise plead until and including September 10, 2008.

**WHEREFORE**, defendant Wachovia Mortgage, FSB respectfully requests that the Court enter an order extending the time for the defendant to answer or otherwise plead in response to plaintiffs' Complaint until and including September 10, 2008.

Date:  August 11, 2008                                  Respectfully submitted,


                                                        WACHOVIA MORTGAGE, FSB


                                                        By:   /s/ Jordan S. Ginsberg
                                                                One of its Attorneys



Mark B. Blocker
Michael C. Andolina
Jordan S. Ginsberg
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

## CERTIFICATE OF SERVICE

Jordan S. Ginsberg, an attorney, hereby certifies that on August 11, 2008, he caused copies of the foregoing document to be served on all counsel of record through Court's ECF system.

/s/ Jordan S. Ginsberg

CH1 4368911v.1