IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PARESH SHAH and SHOBHANA SHAH,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.   ) | NO. 08CV3811 |
| ) | |
| WACHOVIA MORTGAGE, FSB, GEORGE  ) | |
| GILOU, a/k/a GEORGE SHAMOUN,  ) | |
| individually and d/b/a EQUITY ONE and d/b/a  ) | |
| GMC FINANCIAL, STEVE A. SHAMOUN,  ) | |
| and PRISM TITLE, LLC, an Illinois limited  ) | |
| liability company,  ) | |
| ) | |
| Defendants.  ) | |

**MOTION FOR DEFAULT**

Plaintiffs PARESH and SHOBHANA SHAH, by their attorney, Timothy M. Kelly, pursuant to Fed. R. Civ. P. 8, requests that this Honorable Court enter an Order of Default against defendant STEVE A. SHAMOUN. In support of their motion, plaintiffs state as follows:

1. This action was filed the Circuit Court of Cook County, Illinois, on May 29, 2008.

2. Defendant Wachovia Mortgage, FSB was served with a summons and complaint on June 2, 2008, and removed the case to Federal Court on July 3, 2008.

3. Defendant STEVE A. SHAMOUN was personally served with a summons and complaint on June 17, 2008. A copy of the return of service filed by the Cook County Sheriff's Office is attached to this motion as Exhibit A.

4. The Federal Rules provide that a responsive pleading must be filed within 20 days after service of summons or within five days after removal, whichever is later. Fed. R. Civ. P. 81(c) (2).

5. It has been more than five days since removal of this case to Federal Court, and more than 20 days since service upon defendant STEVE A. SHAMOUN. Defendant STEVE A. SHAMOUN has not filed a responsive pleading in State or Federal Court.

6. The Federal Rules provide that any allegation not denied is deemed admitted. Fed. R. Civ. P. 8 (b) (6). Accordingly, defendant STEVE A. SHAMOUN is deemed to have admitted the allegations of the complaint, and this Court should enter an order holding this defendant in default.

WHEREFORE, plaintiffs PARESH and SHOBHANA SHAH request that this Honorable Court enter an order of default against defendant STEVE A. SHAMOUN, and grant such other and further relief as this Court may deem just.

Respectfully submitted,

_____
Timothy M. Kelly

Timothy M. Kelly
APPEL & KELLY, LTD.
8840 Calumet Avenue, Suite 205
Munster, IN 46321
(219) 513-0900

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CHANCERY DIVISION

(Name all parties)

PARESH SHAH and SHOBHANA SHAH,

v.

WACHOVIA MORTGAGE, FSB, GEORGE GILOU, a/k/a GEORGE SHAMOUN, individually and d/b/a EQUITY ONE and d/b/a GMC FINANCIAL, STEVE A. SHAMOUN, and PRISM TITLE, LLC, an Illinois limited liability company.

No. 08CH19345

PLEASE SERVE:

STEVE A. SHAMOUN
8924 Kenneth Drive, Apt. 2F
Des Plaines, IL 60016

SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room __802__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, MAY 29 2008

Atty. No.: 42088
Name: Thomas A. Appel, APPEL & KELLY, LTD.
Atty. for: Plaintiffs
Address: 18607 Torrence Avenue, Suite 2A
City/State/Zip: Lansing, IL 60438
Telephone: (708) 474-8800

Dorothy Brown
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

```
T      CHANCERY      SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS         DISTRICT 212
```

SHERIFF'S NUMBER 069281-001A CASE NUMBER 08CH19345    DEPUTY: Kinsella 10258

FILED DT 05-29-2008 RECEIVED DT 05-29-2008 DIE DT 06-19-2008 MULTIPLE SERVICE   1

```
  DEFENDANT                                    ATTORNEY
SHAMOUN, STEVE A.                              THOMAS A. APPEL
8924    KENNETH DR                             18607    TORRENCE AV
DES PLAINES IL. 60016                          LANSING IL. 60438
APT 2F                                         708 474-8800
PLAINTIFF PARESH & SHOBHANA SHAH
```

SERVICE INFORMATION: MJ

*************************************************************************

(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

...√..1 PERSONAL SERVICE:   BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
         NAMED DEFENDANT PERSONALLY.

.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
         AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
         RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
         THE CONTENTS THEREOF.  ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
         _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
         PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
         SAID PARTY REFUSED NAME_____

.....3 SERVICE ON: CORPORATION_____ COMPANY_____ BUSINESS_____ PARTNERSHIP_____
         BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
         REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

.....4 CERTIFIED MAIL_____

(B)   THOMAS J. DART, SHERIFF, BY: _Vallye Kinsella 10258_, DEPUTY

    1   SEX M M/F   RACE W   AGE 30
    2   NAME OF DEFENDANT SHAMOUN, STEVE A.
        WRIT SERVED ON _Steve Shamoun_
        THIS 17 DAY OF June, 2008 TIME 7:39 (A.M.)/P.M.

ADDITIONAL REMARKS _____

*************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG _M/apt_                              ATTEMPTED SERVICES
NEIGHBORS NAME _____                    DATE       TIME A.M./P.M.
    ADDRESS _____                       _____     ___:___
        REASON NOT SERVED:                        _____     ___:___
                ___ 07 EMPLOYER REFUSAL
    ___ 01 MOVED              ___ 08 RETURNED BY ATTY       _____     ___:___
    ___ 02 NO CONTACT         ___ 09 DECEASED
    ___ 03 EMPTY LOT          ___ 10 BLDG DEMOLISHED        _____     ___:___
    ___ 04 NOT LISTED         ___ 11 NO REGISTERED AGT.
    ___ 05 WRONG ADDRESS      ___ 12 OTHER REASONS          _____     ___:___
    ___ 06 NO SUCH ADDRESS    ___ 13 OUT OF COUNTY
                                                            _____     ___:___

FEE   .00   MILEAGE   .00   TOTAL   .00                              SG25