IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PARESH SHAH and SHOBHANA SHAH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 08CV3811 |
| | ) | |
| WACHOVIA MORTGAGE, FSB, GEORGE GILOU, a/k/a GEORGE SHAMOUN, individually and d/b/a EQUITY ONE and d/b/a GMC FINANCIAL, STEVE A. SHAMOUN, and PRISM TITLE, LLC, an Illinois limited liability company, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT

Plaintiffs PARESH and SHOBHANA SHAH, by their attorney, Timothy M. Kelly, pursuant to Fed. R. Civ. P. 8, requests that this Honorable Court enter an Order of Default against defendant PRISM TITLE, LLC. In support of their motion, plaintiffs state as follows:

1. This action was filed the Circuit Court of Cook County, Illinois, on May 29, 2008.

2. Defendant Wachovia Mortgage, FSB was served with a summons and complaint on June 2, 2008, and removed the case to Federal Court on July 3, 2008.

3. An alias summons was issued upon defendant PRISM TITLE, LLC, on June 25, 2008, and was served on July 17, 2008. A copy of the summons and electronic record of the return of service from the Cook County Sheriff's Office is attached to this motion as Exhibit A.

4. The Removal Statute provides that service of process issued in State Court prior to removal "may be completed" after removal, if the summons was served in a manner which complies with the Federal Rules. 28 U.S.C. § 1448. Since Rule 4 permits service upon a

corporation under state law, service upon PRISM TITLE, LLC, was completed in compliance with the Removal Statute. Fed. R. Civ. P. 4 (h) (1) (A).

5. The Federal Rules provide that a responsive pleading must be filed within 20 days after service of summons or within five days after removal, whichever is later. Fed. R. Civ. P. 81 (c) (2). It has been more than five days since removal of this case to Federal Court, and more than 20 days since service upon defendant PRISM TITLE, LLC. Defendant PRISM TITLE, LLC has not filed a responsive pleading in State or Federal Court.

6. The Federal Rules provide that any allegation not denied is deemed admitted. Fed. R. Civ. P. 8 (b) (6). Accordingly, defendant PRISM TITLE, LLC is deemed to have admitted the allegations of the complaint, and this Court should enter an order holding this defendant in default.

WHEREFORE, plaintiffs PARESH and SHOBHANA SHAH request that this Honorable Court enter an order of default against defendant PRISM TITLE, LLC, and grant such other and further relief as this Court may deem just.

Respectfully submitted,

_____
Timothy M. Kelly

Timothy M. Kelly
APPEL & KELLY, LTD.
8840 Calumet Avenue, Suite 205
Munster, IN 46321
(219) 513-0900

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

(Name all parties)

PARESH SHAH and SHOBHANA SHAH,

v.

WACHOVIA MORTGAGE, FSB, GEORGE GILOU, a/k/a GEORGE SHAMOUN, individually and d/b/a EQUITY ONE and d/b/a GMC FINANCIAL, STEVE A. SHAMOUN, and PRISM TITLE, LLC, an Illinois limited liability company.

ALIAS SUMMONS

No. 08 CH 19345

PLEASE SERVE:

Prism Title LLC
1011 E. Tuohy Ave., Ste. 350
Des Plaines, IL 60018

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room 802, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 42088
Name: Thomas A. Appel, APPEL & KELLY, LTD.
Atty. for: Plaintiffs
Address: 18607 Torrence Avenue, Suite 2A
City/State/Zip: Lansing, IL 60438
Telephone: (708) 474-8800

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

WITNESS, JUN 2 5 2008
DOROTHY BROWN
CLERK OF CIRCUIT COURT

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

```
DSP NEXT SCREEN __         CIVIL WRIT MASTER RECORD              SCREEN 01
C.P.U. ENTERED DATE/TIME: 06/27/2008  15:41  ADD OPER. ADI
TYPE OF CASE CH CHANCERY              DISABLED PERSON _       OPR. ID RSA
SHERIFF'S NUMBER 083685-001A   CASE NUMBER 08CH19345    DISTRICT 212
MUNIC 1 MULT. SERVICE 001 PAUPER'S SUIT _ TYPE OF DOC. 100 SUMMONS
FILED DT 06-25-2008 DIE DT 07-21-2008 REC'D DT 06-25-2008 HELD BY _____
CORP. SEARCH _ DEFENDANT PRISM TITLE   LLC
             ADDRESS 001011 E TOUHY                AV    APT. NO./HOUSE
                  060 DES PLAINES             IL. 60018 STE 350
             PLAINTIFF PARESH SHAH & SHOBHANA SHAH
                       SERVICE INFORMATION                           SPJW
SERVICE INFO. AD
TYPE OF SERVICE COR CORPORATION PRN _   REASON NOT SERVED __
SERVED ON SHARON KATOR            SERVICE DATE 07-17-2008 TIME 05:10 PM
SEX F RACE WH AGE 40 BY DEPUTY-STAR # 04235 LOFTUS, DOUGLAS
RETURNED DATE 07-18-2008 DATE RETURN TO CLERK 07-21-2008 POSTED DATE MO-DA-YEAR
ADDITIONAL REMARKS ON
ATTY NO.  0000                                          _____
ATTY NAME.: THOMAS A. APPEL                              TAX DEL'Q
ADDRESS...: 18607   TORRENCE AV                          SHERIFF'S NO.
CITY......: LANSING          , IL 60438 0000  PH. 708 474 8800  _____ ____

TO RETURN TO INITIAL INQUIRY, USE PF7   FOR NEXT SCREEN, ENTER 02 PRESS PF4
    PF7 INQUIRY PF8 GEN INQ. MENU PF9 MAIN MENU PF10 DB MENU
```