IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PARESH SHAH and SHOBHANA SHAH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WACHOVIA MORTGAGE, FSB, GEORGE ) <br> GILOU, a/k/a GEORGE SHAMOUN, ) <br> individually and d/b/a EQUITY ONE and d/b/a ) <br> GMC FINANCIAL, STEVE A. SHAMOUN, ) <br> and PRISM TITLE, LLC, an Illinois limited ) <br> liability company, ) <br> ) <br> Defendants. ) | NO. 08CV3811 <br><br> Judge Norgle <br><br> Magistrate Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 22, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Norgle presiding in Room 2341 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Default as to defendant Steve A. Shamoun, copies of which are attached and hereby served upon you.

By: /s/ Timothy M. Kelly

## CERTIFICATE OF SERVICE

I, Timothy M. Kelly certify I served the within Notice and attachment upon all parties registered with the CM/ECF system by electronically filing a copy of same on this 11th day of August 2008. In addition, I gave notice to defendant Steve A. Shamoun by mailing a copy of same to 8924 Kenneth Drive, Apt. 2F, Des Plaines, IL 60018, depositing same in the U.S. Mail of Munster, Indiana, postage prepaid, before 5:30 p.m. this 11th day of August, 2008.

Respectfully submitted,
PARESH and SHOBHANA SHAH

By: /s/ Timothy M. Kelly

#6185629
Timothy M. Kelly
APPEL & KELLY, LTD.
8840 Calumet Avenue, Suite 205
Munster, IN 46321
(219) 513-0800