**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3811 |

PARESH SHAH and SHOBHANA SHAH, Plaintiffs,

   v.

WACHOVIA MORTGAGE, FSB, *et al.,* Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

PRISM TITLE, LLC, Defendnat

| |
|---|
| NAME (Type or print) |
| William J. Arendt |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ WJA |
| FIRM |
| William J. Arendt & Associates, P.C. |
| STREET ADDRESS |
| 7035 Veterans Boulevard, Suite A |
| CITY/STATE/ZIP |
| Burr Ridge, Illinois 60527 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190362 | (630) 887-7500 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL                     APPOINTED COUNSEL |