ARDC No. 6190362

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PARESH SHAH and SHOBHANA SHAH, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>WACHOVIA MORTGAGE, FSB, GEROGE )<br>GILOU, a/k/a GEORGE SHAMOUN, )<br>individually and d/b/a EQUITY ONE and d/b/a )<br>GMC FINANCIAL, STEVE A. SHAMOUN, )<br>and PRISM TITLE, LLC, an Illinois limited )<br>liability company, )<br> )<br>Defendants. ) | Case No. 08 CV 3811 |

## MOTION FOR LEAVE TO FILE RESPONSIVE PLEADING

NOW COMES the Defendant, Prism Title, LLC ("Prism Title"), by and through its attorney, William J. Arendt of William J. Arendt & Associates, P.C., and moves for leave to file its Motion to Dismiss Counts V and VI of Plaintiffs' Complaint for Rescission and Other Relief *instanter*.  In support thereof, Defendant states as follows:

1. On July 3, 2008, the instant case was removed from the Circuit Court of Cook County, Illinois to the U.S. District Court on the motion of defendant Wachovia Mortgage, FSB. At the time, Plaintiffs had not yet served Prism Title.

2. Prism Title was served with a copy of the original Cook County Summons and Complaint on July 17, 2008.  Under Illinois law, Prism Title would have been entitled to 30 days from the date of service (until August 18, 2008) to answer or otherwise respond to the Complaint.

3.       Plaintiffs failed to notify Prism Title that the case had been removed to Federal Court. Prism Title did not learn of the removal until it received a copy of Plaintiffs' Motion for Default on or around August 15, 2008.

4.       On August 18, 2008, Prism Title filed its Appearance and this Motion via the Court's electronic filing system.

5.       Prism Title now seeks leave to file its Motion to Dismiss Counts V and VI of Plaintiffs' Complaint for Rescission and Other Relief.

WHEREFORE, the Defendant, Prism Title, LLC, respectfully requests that the Court grant it leave to file its Motion to Dismiss Counts V and VI of Plaintiffs' Complaint for Rescission and Other Relief *instanter;* and grant such other, further, and different relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

**PRISM TITLE, LLC**

By:   /s/ WJA
       William J. Arendt, Attorney

**William J. Arendt & Associates, P.C.**
Attorneys for Prism Title, LLC
7035 Veterans Boulevard, Suite A
Burr Ridge, Illinois 60527
(630) 887-7500
ARDC No. 6190362