## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Paresh Shah, et al.
                              Plaintiff,

v.                                                Case No.: 1:08−cv−03811
                                                Honorable Charles R. Norgle Sr.

Wachovia Mortgage, FSB, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion for Default against Steve Shamoun [16] is granted. Motion for default against Prism Title, LLC [17] is moot. Motion for Leave to File Responsive Pleading [22] is granted. Motion hearing held on 8/22/2008. Status hearing is rescheduled from 8/25/2008 to 10/10/2008 at 9:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.