ARDC No. 6190362

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PARESH SHAH and SHOBHANA SHAH, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 08 CV 3811 |
| WACHOVIA MORTGAGE, FSB, GEROGE GILOU, a/k/a GEORGE SHAMOUN, individually and d/b/a EQUITY ONE and d/b/a GMC FINANCIAL, STEVE A. SHAMOUN, and PRISM TITLE, LLC, an Illinois limited liability company, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION AND PROOF OF SERVICE

To:    See attached Service List

PLEASE TAKE NOTICE that on **September 5, 2008, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Norgle, or any judge sitting in his stead, in courtroom number 2341 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Defendant's **Motion to Strike Counts V and VI,** a copy of which is attached and hereby served upon you.

Respectfully submitted,

**PRISM TITLE, LLC**

By:  /s/ WJA
William J. Arendt, Attorney

**William J. Arendt & Associates, P.C.**
Attorneys for Prism Title, LLC
7035 Veterans Boulevard, Suite A
Burr Ridge, Illinois 60527
(630) 887-7500
ARDC No. 6190362

## **PROOF OF SERVICE**

I, William J. Arendt, an attorney, certify that I served Defendant's **Motion to Strike Counts V and VI** and **Notice of Motion and Proof of Service** upon:

>Timothy M. Kelly
>Appel & Kelly, Ltd.
>18607 Torrence Avenue, Suite 2A
>Lansing, IL 60438-2833
>
>Mark B. Blocker
>Sidley Austin LLP
>One S. Dearborn Street
>Chicago, IL 60603-2302

and all other parties registered with the CM/EMF system by electronically filing copies of same before 5:00 p.m. on **August 25, 2008.**

            /s/ WJA
            William J. Arendt

**William J. Arendt & Associates, P.C.**
Attorneys for Prism Title, LLC
7035 Veterans Boulevard, Suite A
Burr Ridge, Illinois 60527
(630) 887-7500
ARDC No. 6190362