Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3811 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Shah vs. Wachovia Mortgage, FSB, et al. | | |

**DOCKET ENTRY TEXT**

The parties shall brief the Defendant Prism Title, LLC's Motion to Strike Counts V and VI pursuant to the following schedule. Plaintiff shall file a response by September 12, 2008. Defendant shall file its reply by September 26, 2008. Counsel need not appear for presentment of the motion on September 5, 2008.

*[signature: Charles Norgle]*

Docketing to mail notices.

FILED
2008 AUG 29 PM 4:05
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|